IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAGGET WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-549-RAH-CSC |
| | ) |
| WESLEY FITCH, UNITED STATES | ) |
| PROBATION OFFICER, NORTHERN | ) |
| DISTRICT OF GEORGIA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On January 31, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 26.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation is ADOPTED.

2. Petitioner's habeas application regarding the amount of FSA credits awarded is DENIED without prejudice for failure to exhaust administrative remedies.

3. Petitioner's remaining habeas claims are DENIED and DISMISSED with prejudice.

A Final Judgment will be entered separately.

DONE, on this the 22nd day of February 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE